# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 12-9580-WDK (PLAx)                                                        Date **August 11, 2014**

Title:   **J & J Sports Productions, Inc. v.  Florencio Garcia Torres**

---

**PRESENT:  THE HONORABLE     PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        **(ORDER TO SHOW CAUSE)**

By Order dated December 6, 2013, the parties were advised that a mediation must be concluded no later than September 5, 2014.  On January 22, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, August 8, 2014, at 9:00 a.m.  A Mediation Report was filed on August 8, 2014, by the ADR Director, indicating that defendant did not appear at the scheduled mediation.  Accordingly, **defendant is ordered to show cause, no later than August 19, 2014, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's December 6, 2013, Order**.


cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record


Initials of Deputy Clerk    ch